# EXHIBIT "A"



Individuals | Families | Small Business
**US HEALTH ADVISORS**



**Small Business Advisor**

You make important decisions every day. Shouldn't choosing the right insurance agent and the right insurance plan be one of them?

Coverage you can count on...
**No matter what happens**

Your insurance decision is a personal choice.

Because everyone's needs are different, we believe insurance coverage should be flexible enough to fit individual lifestyles and budgets yet, dependable enough to cover the most serious medical expenses.

That's a high standard to achieve, but it can be done with the right professional guidance and the right products.

To find out how we can design an insurance package that meets your unique needs and budget CALL TODAY!

### SELF EMPLOYED, SMALL BUSINESS OWERNS INDIVUDALS AND FAMILES

WOULD YOU LIKE TO HAVE MORE FLEXIBLE AND AFFORDABLE HEALTH COVERAGE.

- **3 Year Rate Lock**
- **Accepting Pe-existing Conditions**
- **Customized Plans**
- **24 hr On/Off Job Coverage**
- **No Co-pay Plan**
- **Cross State Lines/Portable**
- **Small Group Plans**
- **Tailored options for individuals and families**



### PLEASE CALL/TEXT YOUR LICENSED LOCAL AGENT TODAY:

**BIRSEN GOKSU**
**(407) 450-3499**
birsengoksu@gmail.com
www.ushagent.com/bgoksu

