IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:15-cv-1666 ORL-37-GJK


WALTER STRATTON BAGG, ESQ and
COOPER LAW P.A., individually
and on behalf of all others similarly situated,

vs.

Plaintiffs,

USHEALTH GROUP, INC.,
A Delaware corporation, and
US HEALTH ADVISORS, LLC,
a Texas limited liability company,


Defendants.

_____/


## DEFENDANTS, USHEALTH GROUP, INC., and USHEALTH ADVISORS, LLC, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, USHEALTH GROUP, INC., and USHEALTH ADVISORS, LLC, by and

through undersigned counsel, hereby files its Certificate of Interested Parties and Corporate

Disclosure Statement as follow:

1. **The name of each person, attorney association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and other identifiable legal entities related to any party in the case:**

   Peter S. Baumberger (Counsel for Defendants)
   Michael F. Suarez (Counsel for Defendants)
   Kubicki Draper, PA (Counsel for Defendants)
   USHealth Group, Inc., (Named Defendant)
   USHealth Advisors, LLC. (Named Defendant)

   Walter Stratton Bagg, Esq. (Plaintiff)
   Cooper Law P.A. (Plaintiff)
   Social Justice Law Collective, PL (Counsel for Plaintiffs)

*Palumbo v. Geico*
CASE NO: 1:15-cv-20587-KMM
Page 2

Bennett & Bennett (Counsel for Plaintiffs)
Shawn A. Heller, Esq. (Counsel for Plaintiffs
Joshua A. Glickman, Esq. (Counsel for Plaintiffs)
Richard Bennett, Esq. (Attorney for Plaintiffs)
Peter Bennett, Esq. (Attorney for Plaintiffs)

Birsen Goksu (individual listed on alleged fax advertisement)

Defendant USHEALTH Group, Inc. is not a publicly owned company. USHEALTH Advisors, LLC is a wholly owned subsidiary of USHEALTH. No publicly held corporation owns ten percent or more of USHEALTH's stock, no publicly owned company is a direct parent of USHEALTH, and USHEALTH does not own ten percent or more of any public company.

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

   None known at time. However, as the instant action is postured as a purported class action, discovery may reveal such entities among the putative class.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

   None known at time. However, as the instant action is postured as a purported class action, discovery may reveal such entities among the putative class.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

   Plaintiffs allege they and the proposed class members are victims of civil wrongdoing, but Defendants deny these allegations, deny the existence of the proposed class, and further deny that Plaintiffs' and any putative class members are entitled to relief.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conduct.

*Walter Stratton Bagg, Esq. v. USHealth Group, et al.,*
Case No.: 6:15-cv-01666
Page 3

Respectfully submitted this 16th day of November, 2015,

Respectfully submitted,

___/s/ *Peter Baumberger*
PETER S. BAUMBERGER, ESQ.
Florida Bar No.: 117803
KUBICKI DRAPER, PA
25 West Flagler Street, Penthouse
Miami, Florida 33130
Main Line: (305) 374-1212
Direct Line: (305) 982-6774
Facsimile No.: (305) 374-7846
PSB@kubickidraper.com
PSB-KD@kubickidraper.com
mfs@kubickidraper.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on November 16, 2015, I electronically filed the forgoing document with the

Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this

day on all counsel of record via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel who are not authorized to receive

electronically Notices of Electronic Filing.

Respectfully submitted,

___/s/ *Peter Baumberger*
PETER S. BAUMBERGER, ESQ.
Florida Bar No.: 117803
KUBICKI DRAPER, PA
25 West Flagler Street, Penthouse
Miami, Florida 33130
Main Line: (305) 374-1212
Direct Line: (305) 982-6774
Facsimile No.: (305) 374-7846
PSB@kubickidraper.com
PSB-KD@kubickidraper.com
mfs@kubickidraper.com
*Attorneys for Defendants*