IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WALTER STRATTON BAGG, ESQ and COOPER LAW P.A., individually and on behalf of all others similarly situated,

Case No.: 6:15-cv-1666 ORL-37-GJK

vs.

Plaintiffs,

USHEALTH GROUP, INC., A Delaware corporation, and US HEALTH ADVISORS, LLC, a Texas limited liability company,

Defendants.

______________________________________/

**AFFIDAVIT OF CYNTHIA B. KOENIG IN SUPPORT OF DEFENDANT USHEALTH GROUP, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

PERSONALLY APPEARED BEFORE ME, the undersigned, Cynthia B. Koenig, who first being duly sworn, deposes and states

1. My name is Cynthia B. Koenig, I am over the age of 18, competent to testify, and I have personal knowledge of the matters stated herein.

2. I currently serve USHEALTH Group, Inc. as its Executive Vice President and Chief Financial Officer. I have been an officer with USHEALTH Group, Inc. for over ten (10) years. I am familiar with the nature of USHEALTH Group, Inc.'s business dealings and transactions with third parties. I am authorized to make this declaration on behalf of USHEALTH Group, Inc.

3. USHEALTH Group, Inc. is a corporation organized under the laws of the State of Delaware with its principal offices located in Forth Worth, Texas.

4. USHEALTH Group, Inc. is a separate and distinct entity form USHEALTH Advisors, LLC. Each company has its own governing board, and holds separate meetings of its

governing body. Each company makes independent decisions without the approval of the other. Each company employs separate accounting procedures and maintains separate books and records.

5. USHEALTH Group, Inc. has neither requested, initiated, nor facilitated the sending of facsimile advertisements to any residents of Florida, whether corporate or individual.

6. USHEALTH Group, Inc. has never entered into a contract for the purpose of sending facsimile advertisements to residents of Florida.

7. USHEALTH Group, Inc. is not licensed to do business in the State of Florida.

8. USHEALTH Group, Inc. has not attempted to procure or solicit business from any individual or business entity within the State of Florida.

9. USHEALTH Group, Inc. does not maintain any corporate offices, does not own property in the State of Florida, and does not pay taxes in the State of Florida.

10. USHEALTH Group, Inc. does not have any bank accounts, employees, mail box addresses, or telephone numbers in the State of Florida.

**FURTHER AFFIANT SAYETH NAUGHT.**

Cynthia B. Koenig

**CYNTHIA B. KOENIG**

SWORN TO AND SUBSCRIBED before me, the undersigned authority, personally appeared **CYNTHIA B. KOENIG**, who is personally known to me, and after being duly sworn stated that she has executed the foregoing Affidavit, and that it true and correct.

**WITNESS** my hand and official seal on this, the 30th day of November 2015.

Lisa B. Silvia

Notary Public

LISA B. SILVIA
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
September 30, 2017