UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Cases No. 6:15-cv-01666-RBD-GJK

WALTER STRATTON BAGG, ESQ.,
and COOPER LAW P.A., individually
and on behalf of all others similarly situated,

Plaintiffs,

vs.

USHEALTH GROUP, INC.,
a Delaware corporation, and
USHEALTH ADVISORS, LLC.,
a Texas limited liability company,

Defendants.

______________________________________/

**DECLARATION OF S. DAVID COOPER**

I, S. David Cooper, pursuant to 28 U.S.C. § 1746, make this Declaration Under Penalty of Perjury, and declare that the statements made below are true and correct to the best of my knowledge and belief:

1. Defendant USHEALTH Group, Inc. ("UHG") filed an affidavit (DE 20-1) in support of its motion to dismiss the complaint for lack of personal jurisdiction (DE 20). I submit this Declaration as president of plaintiff Cooper Law, P.A. to meet the burden of proving jurisdiction by submission of sufficient evidence. I have personal knowledge of the facts stated herein.

2. Co-plaintiff Walter Stratton Bagg, Esq. and I share law office space and a fax machine located in Orange County, Florida, that received the unsolicited advertisement for insurance under the headline "USHEALTH Advisors." Ex. 1.

3. The fax includes a photograph with the caption "Small Business Advisor" and the name Birsen Goksu, and advertises her website address: www.ushagent.com/bgoksu. The website is titled "USHEALTH Group | Family and Individual Health Coverage" and the header of each of Ms. Goksu's web pages advertise USHealth Group "America's Trusted Choice," along with the registered trademark symbol. Ms. Goksu's main page has a button to "Get A Quote" and reads: "**US Health Group**. Through its licensed life and health insurance companies, USHEALTH Group, *America's Trusted Choice,* offers quality coverage including Sickness and Accident insurance, critical illness, Life, Dental Coverage, Short Term Accident Disability Income Insurance." Ms. Goksu's website also advertises that UHG's products are underwritten by Freedom Life Insurance Company and National Foundation Life Insurance Company, both subsidiaries of UHG. Ex. 2

4. When the website is accessed without inclusion of the subdirectory "bgoksu," it forwards to www.ushealthfamily.com, which is a website titled "Family Health Insurance | Affordable Health Coverage for Individuals and Families |US Health Group," and the header also reads US Health Group America's Trusted Choice, along with the registered trademark symbol.

5. Both websites advertise UHG's products and service and provide the opportunity to get a quote for UHG's products and service.

6. The fax ad contains several seals showing a “Silver Stevie Award.” The USHEALTH Group website, www.ushealthgroup.com, headlines the award in a press release. Ex. 3. The page explains that:

> “USHealth Advisors is the wholly-owned national health insurance distribution arm of USHEALTH Group. The company sells individual health coverage and supplemental products underwritten by The Freedom Life Insurance Company of American and National Foundation Life Insurance Company, wholly-owned subsidiaries of USHEALTH Group, Inc. The company is focused on serving America’s self-employed, small business and individual insurance market through its captive Agent sales force.”

7. The UHG home page explains that “USHEALTH Group offers their … products through their wholly-owned subsidiary USHEALTH Advisors.” At the bottom of every page of the USHEALTH Group website is a link to “Find an Agent.” The viewer is urged to contact a “health insurance expert,” or for “sales assistance,” or to “contact an Agent for more information about our products” by submitting a “residence zip code” to see a list of Agents. Ex. 4. I located the following numbers within 100 miles of: Orlando: 28, Ex. 5, Palm Beach: 20, Ex. 6, Jacksonville: 13, Ex. 7, and Tampa: 25, Ex. 8. After searching for other Agents in the northwest section of the state it appears USHEALTH insurance products are being marketed by a sales force of approximately 100 “captive Agents” in Florida.

8. The USHEALTH Group website also has a link to “Become An Agent.” Ex. 9. The page explains that:

"USHEALTH Advisors is the marketing arm of USHEALTH Group, and specializes in marketing a portfolio of uncompromising healthcare plans underwritten and insured by USHEALTH Group's family of insurance companies.

…

Contact us for more information on how you can begin your career with USHEALTH Advisors.

…

**Corporate Support**

Agents can be assured of quality support to their policy holders as USHEALTH Group's customer service provides quick and accurate responses to questions regarding policies and claims…

…

**Incentives**

We have an exciting bonus structure for all agents…"

9. The Florida Division of Corporations records show that USHEALTH Advisors LLC is a foreign limited liability company with its principal address at 300 Burnett Street, Suite 200, Fort Worth TX, the same address as UHG. Ex. 10. Mr. McQuagge is also the CEO and president of USHEALTH Group, Inc. The other manager, Brian Clark, is the Chief Marketing Officer for UHG. Ex. 11.

Dated: January 6, 2016 By: _s/ S. David Cooper_
S. David Cooper






Small Business Advisor

**You make important decisions every day. shouldn't choosing the right insurance agent and the right insurance plan be one of them?**

Coverage you can count on...

**No matter what happens**

**Your insurance decision is a personal choice.**

Because everyone's needs are different, we believe insurance coverage should be flexible enough to fit individual lifestyles and budgets yet, dependable enough to cover the most serious medical expenses.

That's a high standard to achieve, but it can be done with the right professional guidance and the right products.

To find out how we can design an insurance package that meets your unique needs and budget CALL TODAY!

**SELF EMPLOYED, SMALL BUSINESS OWERNS**
**INDIVUDALS AND FAMILES**

**WOULD YOU LIKE TO HAVE MORE FLEXIBLE AND AFFORDABLE HEALTH COVERAGE.**

- **3 Year Rate Lock**
- **Accepting Pe-existing Conditions**
- **Customized Plans**
- **24 hr On/Off Job Coverage**
- **No Co-pay Plan**
- **Cross State Lines/Portable**
- **Small Group Plans**
- **Tailored options for individuals and families**

**PLEASE CALL/TEXT YOUR LICENSED LOCAL AGENT TODAY:**

**BIRSEN GOKSU**
**(407) 450-3499**
**birsengoksu@gmail.com**
**www.ushagent.com/bgoksu**

Exhibit 1

USHEALTH GROUP America's Trusted Choice | Insurance underwritten by: Freedom Life Insurance Company of America National Foundation Life Insurance Company

BIRSEN GOKSU | (407) 450-3499 | (MAILTO:)

(http://ushagent.com/bgoksu)
HOME (HTTP://USHAGENT.COM/BGOKSU) OUR HEALTH PRODUCTS (HTTP://USHAGENT.COM/BGOKSU/OUR-HEALTH-PRODUCTS/)

HOW WE ARE DIFFERENT (HTTP://USHAGENT.COM/BGOKSU/HOW-WE-ARE-DIFFERENT/) GET A QUOTE!

H.O.P.E. (HTTP://USHAGENT.COM/BGOKSU/HOPE/)

# DON'T OVER PAY FOR HEALTH COVERAGE

Your Health coverage
doesn't have to be complicated

## Birsen Goksu | USHEALTH Advisors Agent



### Contact

Birsen Goksu
(407) 450-3499
(mailTo:)

Get A Quote!

## Coverage Like No Other - PremierChoice

## Why Choose Us

**We believe in unparalleled value and care. What do you believe in?**

We are flexible, affordable and secure. Our full portfolio of plans lets you tailor coverage to YOUR needs and you can rest easy knowing that, We are an innovator in the industry with over **50 Collective years** of health coverage experience.

## Latest News

USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards (http://www.ushealthgroup.com/NewsReade id=33)

USHEALTH Advisors Wins Bronze IBA Award for Company



Exhibit 2

**Why pay for Coverage Before You Need It?**

In the event You need additional protection, the purchase of PremierChoice Specified Disease/ Sickness Plan, Accident and the Optional Guaranteed Short Term Insurability Rider provides You with a one-time right to purchase Our PremierMed Short Term Medical-Surgical Expense Plan without any additional medical underwriting. **In Other words, Why pay for Coverage Before You Need It?**

**First Dollar Benefits!**

The PremierChoice Specified Disease/ Sickness and Accident Plans allow You to receive first dollar payments for expenses incurred up to a benefit maximum for covered healthcare services. And with the special doctor office visit "rollover"* feature in each Specified Disease/Sickness and Accident Plan, if You don't use Your benefits, You don't lose them.

**No Calendar Year Deductible to Satisfy!**

PremierChoice Specified Disease/ Sickness and Accident plans supplement an essential health benefits plan under which You must first satisfy a deductible every year before You are eligible to receive benefit payments.

of the Year - Insurance (http://www.ushealthgroup.com/NewsReade id=32)

USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards (http://www.ushealthgroup.com/NewsReade id=31)

READ MORE (BGOKSU/NEWS/) ›

*Exclusions and limitation apply. May not be available in all states.*

MedGuard Accident Protector SecureDental LifeProtector

## Why MedGuard*?

Health coverage provides benefits for medical treatment but doesn't include benefits for non-medical expenses. Traditional life insurance pays benefits after death. What if You survive a critical illness? Where will You find the financial resources to cover non-medical costs during Your recovery?

If You are diagnosed with a covered condition, MedGuard will pay You a **lump-sum cash payment!**

| You can use the cash for any purpose You deem necessary, such as helping to: | | |
|---|---|---|
| Maintain Your Family's lifestyle | Pay COBRA or other insurance premiums | Pay Your taxes |
| Replace lost income for You and Your care-giving spouse | Protect Your assets from being spent on recovery | Pay home healthcare expenses |
| Pay travel and temporary housing expenses for You and Your Family while receiving care away from home | Pay tuition expenses if You need to return to school | Pay Your mortgage or other obligations |
| Pay for childcare | Pay out-of-pocket or medical expenses not covered by insurance | Reduce Your debt |
| Finance or protect Your children's college tuition | Pay for experimental treatment | Maintain Your business during recovery |

(https://www.ushealthfamily.com/wp-content/uploads/2015/06/Untitled-1.jpg)

*MedGuard is a 5 year renewable term life insurance with an accelerated benefit. Not available in all states. Limitations and exclusions apply.

USHEALTH Group

Our Mission

Through its licensed life and health insurance companies, USHEALTH Group, *America's Trusted Choice*, offers quality coverage to policy holders including Sickness and Accident Insurance, Critical Illness, Life, Dental Coverage, Short-Term Accident Disability Income Insurance and much more!

Get A Quote!

(/hope.php)

Helping Other People Everyday (HOPE) is more than a clever acronym for the staff, management and independently contracted Agents of USHEALTH Advisors. For them, it is a mission that is lived on a daily basis; an organizational commitment to make a positive difference in the lives of others.

## USHEALTH Group Central




Login +
(https://myushg.ushealthgroup.com/login.aspx)

### I'm A Member

USHEALTH Group Members can log into myUSHG.com (https://myushg.ushealthgroup.com/login.aspx), to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account (https://myushg.ushealthgroup.com/CreateAccount.aspx)

> Login to myUSHG, click here (https://myushg.ushealthgroup.com/login.aspx)




> Get Started +
(http://ushagent.com/bgoksu/premier-choice/)

### View Our Products

> PremiersChoice (http://ushagent.com/bgoksu/premierchoice/)
> Secure Advantage (http://ushagent.com/bgoksu/secure-advantage/)
> Critical Illness (bgoksu/critical-illness/)
> Term Life (http://ushagent.com/bgoksu/term-life/)
> Accident (http://ushagent.com/bgoksu/accident/)
> PPO Networks (http://ushagent.com/bgoksu/ppo-networks/)




More News +
(http://ushagent.com/bgoksu/news/)

### News

- USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards (http://www.ushealthgroup.com/NewsReader.aspx?id=33)
- USHEALTH Advisors Wins Bronze IBA Award for Company of the Year - Insurance (http://www.ushealthgroup.com/NewsReader.aspx?id=32)
- USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards (http://www.ushealthgroup.com/NewsReader.aspx?id=31)

READ MORE (BGOKSU/NEWS/) ›

## Our Partners:

## Legal Notice

All products are underwritten and issued by Freedom Life Insurance Company of America and National Foundation Life Insurance Company, wholly owned subsidiaries of USHEALTH Group, Inc.

## Latest News

- USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards (http://www.ushealthgroup.com/NewsReader.aspx?id=33)
- USHEALTH Advisors Wins Bronze IBA Award for Company of the Year - Insurance (http://www.ushealthgroup.com/NewsReader.aspx?id=32)
- USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards (http://www.ushealthgroup.com/NewsReader.aspx?id=31)

READ MORE (BGOKSU/NEWS/)

## Useful Links

ABOUT US (HTTP://USHAGENT.COM/BGOKSU/ABOUTUSHG/)

PPO NETWORKS (HTTP://USHAGENT.COM/BGOKSU/PPO-NETWORKS/)

CONTCT HOME OFFICE (BGOKSU/CONTACTUS/)

## Contact Us

300 Burnett Street, Suite 200
Fort Worth, TX 76102-2734
1.800.387.9027

Copyright 2015 © USHEALTH GROUP All rights reserved. Privacy Policy | Terms of Service

## Press Release

Back to News

**USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards**
*Winners to Be Celebrated at Gala Banquet on 23 October in Toronto, Canada*

Grapevine, Texas September 23, 2015

USHEALTH Advisors, LLC was named the winner of a Silver Stevie® Award in the Fastest Growing Company of the Year, Canada and USA category in The 12th Annual International Business Awards.

The International Business Awards are the world's premier business awards program. All individuals and organizations worldwide – public and private, for-profit and non-profit, large and small - are eligible to submit nominations. The 2015 IBAs received entries from more than 60 nations and territories.

Nicknamed the Stevies for the Greek word for "crowned," the awards will be presented to winners at a gala awards banquet at the Ritz-Carlton Hotel in Toronto, Canada on 23 October.

More than 3,700 nominations from organizations of all sizes and in virtually every industry were submitted this year for consideration in a wide range of categories, including Company of the Year, Marketing Campaign of the Year, Best New Product or Service of the Year, Startup of the Year, Corporate Social Responsibility Program of the Year, and Executive of the Year, among others. USHEALTH Advisors won in the Most Innovative Company of the Year category for Canada and the U.S.

In commenting about USHEALTH Advisors, Stevie Awards Judges stated the company showed a "great track record and amazing growth" and pointed out that USHEALTH Advisors is led by a "smart and professional management" team.

Stevie Award winners were determined by the average scores of more than 200 executives worldwide who participated in the judging process from May through early August.

"The IBAs grow in stature and renown every year, and with that the number and quality of entries increases," said Michael Gallagher, president and founder of the Stevie Awards. "This year's judges were treated to more than 3,700 stories of success and achievement around the world. We thank the judges for their time and feedback, and we congratulate the Gold, Silver and Bronze Stevie winners whom we'll celebrate in Toronto in October."

Details about The International Business Awards and the lists of Stevie Award winners are available at www.stevieawards.com.

About USHealth Advisors, L.L.C.
USHEALTH Advisors is the wholly-owned national health insurance distribution arm of USHEALTH Group, Inc. The company sells individual health coverage and supplementary products underwritten by The Freedom Life Insurance Company of America and National Foundation Life Insurance Company, wholly-owned subsidiaries of USHEALTH Group, Inc. The company is focused on serving America's self-employed, small business and individual insurance market through its captive Agent sales force.

About the Stevie Awards
Stevie Awards are conferred in six programs: The International Business Awards, The American Business Awards, the Asia-Pacific Stevie Awards, the German Stevie Awards, the Stevie Awards for Women in Business, and the Stevie Awards for Sales & Customer Service. Honoring organizations of all types and sizes and the people behind them, the Stevies recognize outstanding performances in the workplace worldwide. Learn more about the Stevie Awards at www.stevieawards.com.

**Corporate Contact:**
Bill Shelton
817.878.3823





Exhibit 3

To contact an Agent for more information on our products, submit your residence zip code below.

Zip Code Find >

> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account
> Login to myUSHG, click here

> Dental
> PPO Networks
Get Started >

IBA Award for Company of the Year - Insurance

USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards
Read More >

Our Partners:

Legal Notice | Copyright © USHEALTH GROUP All rights reserved. USHEALTH Group is the brand name for products underwritten and issued by Freedom Life Insurance Company of America and National Foundation Life Insurance Company. G+1 Recommend this on Google

USHEALTH GROUP
America's Choice for Healthcare!

Customers | Agents | Providers

Search >

Home | About Us | Member Services | Products | Become An Agent | Get a Quote

Get a Health Insurance Quote    Contact An Agent

We believe in unparalleled value and care.

What do you believe in?

**Through its licensed life and health insurance companies, USHEALTH Group, America's Choice for Healthcare, offers quality coverage to policy holders** including Sickness and Accident Insurance, Critical Illness, Life, Dental Coverage, Short-Term Accident Disability Income Insurance and much more!

## Our Mission

**Our mission is to protect our customers from financial hardship due to unforeseen illness or injury.** Simply stated, we provide peace of mind in keeping the promise of financial protection afforded by our insurance coverages.

## Our Vision

**Our vision is to build the premier health insurance organization in America,** committed to delivering unparalleled value and service to our customers. We want to be the Company of Choice for all of our key stakeholders, customers, agents and employees.

### Find an Agent

Need sales assistance?

Want to talk with a health insurance expert?

To contact an Agent for more information on our products, submit your residence zip code below.

Zip Code     Find >

### I'm A Member

USHEALTH Group Members can log into myUSHG.com, to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account
> Login to myUSHG, click here

### View Our Products

> Premier Choice
> Secure Advantage
> Critical Illness
> Term Life
> Accident
> Dental
> PPO Networks

Get Started >

### News

USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards

USHEALTH Advisors Wins Bronze IBA Award for Company of the Year - Insurance

USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards

Read More >

Our Partners: CVS CAREMARK | Cigna | WebMD Better information. Better health.™ | BBB ACCREDITED BUSINESS Click for Review

Legal Notice | Copyright © USHEALTH GROUP All rights reserved. USHEALTH Group is the brand name for products underwritten and issued by Freedom Life Insurance Company of America and National Foundation Life Insurance Company. G+1 +27 Recommend this on Google



Exhibit 4

USHEALTH GROUP
America's Choice for Healthcare!

Customers | Agents | Providers

Search >

Home | About Us | Member Services | Products | Become An Agent | Get a Quote




## Find An Agent

**To begin, enter your zip code and search radius.**

Zip Code 32822 100 miles Submit >

There are 28 Agents within 100 miles of Zip Code 32822.

**ELIZABETH BYRNE**
ORLANDO, FL 32819 (321) 298-5788
Send Email Get a Quote Go to Website

**MARA BROCKMAN**
ORLANDO, FL 32803 (407) 733-0432
Send Email Get a Quote

**FLOYD HERNDON**
ORLANDO, FL 32808 (407) 880-3843
Send Email Get a Quote Go to Website

**ROBERT THOMAS**
ORLANDO, FL 32827 (407) 251-8623
Send Email Get a Quote Go to Website

**JAMES HMIELEWSKI**
ORLANDO, FL 32803 (407) 203-6731
Send Email Get a Quote Go to Website

**KENNETH THOMAS**
ORLANDO, FL 32827 (321) 303-3229
Send Email Get a Quote

**DARRELL GIANNOTTI**
WINTER PARK, FL 32792 (770) 886-3824
Send Email Get a Quote Go to Website

**NATHAN WILLIAMS**
LONGWOOD, FL 32779 (352) 359-0461
Send Email Get a Quote Go to Website

**JOLANDA DENTE**
WINTER SPRINGS, FL 32708 (321) 210-2140
Send Email Get a Quote Go to Website

**JASON GREIF**
GRAND ISLAND, FL 32735 (813) 835-0701
Send Email Get a Quote Go to Website

**RICHARD FOX**
THE VILLAGES, FL 32162 (386) 299-4123
Send Email Get a Quote Go to Website

**TIMOTHY MORALES**
THE VILLAGES, FL 32162 (720) 298-4342
Send Email Get a Quote Go to Website

**THOMAS CONNER**
SATELLLITE BEACH, FL 32937 (847) 687-7765
Send Email Get a Quote Go to Website

**KILEY RAHE**
MELBOURNE, FL 32935 (817) 745-4535
Send Email Get a Quote Go to Website

**JONATHAN KAPLAN**
MELBOURNE, FL 32940 (843) 384-6552
Send Email Get a Quote Go to Website

**DONALD DENTE**



Exhibit 5

INDIALANTIC, FL 32903 (321) 525-1571
Send Email Get a Quote Go to Website

**TODD MEYERS**
SEFFNER, FL 33584 (727) 409-7526
Send Email Get a Quote Go to Website

**GEORGE PRIOVOLOS**
BRANDON, FL 33511 (941) 779-3085
Send Email Get a Quote Go to Website

**MYRON HAUBEN**
BRANDON, FL 33511 (770) 213-7068
Send Email Get a Quote Go to Website

**GARRETT LAUGHLIN**
SEBRING, FL 33872 (954) 655-9198
Send Email Get a Quote Go to Website

**ANDREW MONTAGUE**
TAMPA, FL 33611 (901) 412-5318
Send Email Get a Quote Go to Website

**BESSIE REYNOLDS**
VERO BEACH, FL 32960 (318) 282-1747
Send Email Get a Quote Go to Website

**JAMES SACKOS**
APLM HARBOR, FL 34684 (239) 878-2270
Send Email Get a Quote Go to Website

**JAMES BLUMBERG**
BRADENTON, FL 34212 (703) 430-1918
Send Email Get a Quote Go to Website

**PATRICK QUINN**
PORT ST LUCIE, FL 34953 (561) 600-3777
Send Email Get a Quote Go to Website

**MICHAEL LAUGHLIN**
SARASOTA, FL 34242 (954) 304-2551
Send Email Get a Quote Go to Website

**GARY MILLER**
STUART, FL 34996 (561) 743-0144
Send Email Get a Quote Go to Website

**SANDRA SANDERS**
VENICE, FL 34292 (480) 299-9883
Send Email Get a Quote Go to Website

**Find an Agent**

Need sales assistance?

Want to talk with a health insurance expert?

To contact an Agent for more information on our products, submit your residence zip code below.

Zip Code Find >

**I'm A Member**

USHEALTH Group Members can log into myUSHG.com, to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account
> Login to myUSHG, click here

**View Our Products**

> Premier Choice
> Secure Advantage
> Critical Illness
> Term Life
> Accident
> Dental
> PPO Networks

Get Started >

**News**

USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards

USHEALTH Advisors Wins Bronze IBA Award for Company of the Year - Insurance

USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards

Read More >

Our Partners:

Click for Review

Legal Notice | Copyright © USHEALTH GROUP All rights reserved. USHEALTH Group is the brand name for products underwritten and issued by Freedom Life Insurance Company of America and National Foundation Life Insurance Company.

USHEALTH GROUP
America's Choice for Healthcare!

Customers | Agents | Providers

Search >

Home | About Us | Member Services | Products | Become An Agent | Get a Quote




## Find An Agent

**To begin, enter your zip code and search radius.**

Zip Code 33401 100 miles Submit >

There are 20 Agents within 100 miles of Zip Code 33401.

**GARY MILLER**
WEST PALM BEACH, FL 33407 (561) 743-0144
Send Email Get a Quote Go to Website

**GARRETT LAUGHLIN**
WEST PALM BEACH, FL 33409 (954) 655-9198
Send Email Get a Quote Go to Website

**PATRICK QUINN**
WEST PALM BEACH, FL 33411 (561) 600-3777
Send Email Get a Quote Go to Website

**JOLANDA DENTE**
WELLINGTON, FL 33414 (321) 210-2140
Send Email Get a Quote Go to Website

**BESSIE REYNOLDS**
WEST PALM BEACH, FL 33412 (318) 282-1747
Send Email Get a Quote Go to Website

**GEORGE PRIOVOLOS**
WELLINGTON, FL 33414 (941) 779-3085
Send Email Get a Quote Go to Website

**ANDREW MONTAGUE**
NORTH PALM BEACH, FL 33408 (901) 412-5318
Send Email Get a Quote Go to Website

**FLOYD HERNDON**
LAKE WORTH, FL 33460 (407) 880-3843
Send Email Get a Quote Go to Website

**THOMAS CONNER**
DEERFIELD BEACH, FL 33441 (847) 687-7765
Send Email Get a Quote Go to Website

**JAMES HMIELEWSKI**
STUART, FL 34994 (407) 203-6731
Send Email Get a Quote Go to Website

**MYRON HAUBEN**
DAVIE, FL 33314 (770) 213-7068
Send Email Get a Quote Go to Website

**KHALID WALIAGHA**
SUNRISE, FL 33322 (678) 232-5008
Send Email Get a Quote Go to Website

**RICHARD FOX**
WILTON MANORS, FL 33305 (386) 299-4123
Send Email Get a Quote Go to Website

**ELIZABETH BYRNE**
FORT PIERCE, FL 34951 (321) 298-5788
Send Email Get a Quote Go to Website

**DARRELL GIANNOTTI**
VERO BEACH, FL 32960 (770) 886-3824
Send Email Get a Quote Go to Website

**KILEY RAHE**



Exhibit 6

PALM BAY, FL 32909 (817) 745-4535
Send Email Get a Quote Go to Website

**JAMES SACKOS**
LEHIGH ACRES, FL 33972 (239) 878-2270
Send Email Get a Quote Go to Website

**DONALD DENTE**
INDIALANTIC, FL 32903 (321) 525-1571
Send Email Get a Quote Go to Website

**JONATHAN KAPLAN**
MELBOURNE, FL 32940 (843) 384-6552
Send Email Get a Quote Go to Website

**MARA BROCKMAN**
LAKE HAMILTON, FL 33851 (407) 733-0432
Send Email Get a Quote

## Find an Agent

Need sales assistance?

Want to talk with a health insurance expert?

To contact an Agent for more information on our products, submit your residence zip code below.

Zip Code Find >

## I'm A Member

USHEALTH Group Members can log into myUSHG.com, to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account
> Login to myUSHG, click here

## View Our Products

> Premier Choice
> Secure Advantage
> Critical Illness
> Term Life
> Accident
> Dental
> PPO Networks

Get Started >

## News

USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards

USHEALTH Advisors Wins Bronze IBA Award for Company of the Year - Insurance

USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards

Read More >

Our Partners:

ACCREDITED BUSINESS
Click for Review

Legal Notice | Copyright © USHEALTH GROUP All rights reserved. USHEALTH Group is the brand name for products underwritten and issued by Freedom Life Insurance Company of America and National Foundation Life Insurance Company.

Customers | Agents | Providers

Search >

**Home** | **About Us** | **Member Services** | **Products** | **Become An Agent** | **Get a Quote**




## Find An Agent

**To begin, enter your zip code and search radius.**

Zip Code 32201 100 miles Submit >

There are 13 Agents within 100 miles of Zip Code 32201.

**JOLANDA DENTE**
JACKSONVILLE, FL 32256 (321) 210-2140
Send Email Get a Quote Go to Website

**BESSIE REYNOLDS**
JACKSONVILLE, FL 32225 (318) 282-1747
Send Email Get a Quote Go to Website

**MYRON HAUBEN**
JACKSONVILLE, FL 32210 (770) 213-7068
Send Email Get a Quote Go to Website

**FLOYD HERNDON**
JACKSONVILLE, FL 32224 (407) 880-3843
Send Email Get a Quote Go to Website

**DARRELL GIANNOTTI**
JACKSONVILLE, FL 32218 (770) 886-3824
Send Email Get a Quote Go to Website

**NATHAN WILLIAMS**
SAINT JOHNS, FL 32259 (352) 359-0461
Send Email Get a Quote Go to Website

**JAMES HMIELEWSKI**
PONTE VEDRA BEACH, FL 32082 (407) 203-6731
Send Email Get a Quote Go to Website

**DEANNA WAALKES**
CALLAHAN, FL 32011 (303) 345-7002
Send Email Get a Quote Go to Website

**RICHARD FOX**
VEDRA, FL 32081 (386) 299-4123
Send Email Get a Quote Go to Website

**MARA BROCKMAN**
PALM COAST, FL 32164 (407) 733-0432
Send Email Get a Quote

**TIMOTHY MORALES**
THE VILLAGES, FL 32162 (720) 298-4342
Send Email Get a Quote Go to Website

**ELIZABETH BYRNE**
DELTONA, FL 32738 (321) 298-5788
Send Email Get a Quote Go to Website

**JASON GREIF**
CRYSTAL RIVER, FL 34429 (813) 835-0701
Send Email Get a Quote Go to Website

### Find an Agent

Need sales assistance?

Want to talk with a health insurance expert?

### I'm A Member

USHEALTH Group Members can log into myUSHG.com, to view personalized information about:

### View Our Products

> Premier Choice
> Secure Advantage
> Critical Illness

### News

USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards



Exhibit 7

To contact an Agent for more information on our products, submit your residence zip code below.

Zip Code Find >

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account
> Login to myUSHG, click here

> Term Life
> Accident
> Dental

Get Started > ‹s

USHEALTH Advisors Wins Bronze IBA Award for Company of the Year - Insurance

USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards

Read More >

Our Partners:

Click for Review

Legal Notice | Copyright © USHEALTH GROUP All rights reserved. USHEALTH Group is the brand name for products underwritten and issued by Freedom Life Insurance Company of America and National Foundation Life Insurance Company.

USHEALTH GROUP
America's Choice for Healthcare!

Customers | Agents | Providers

Search >

Home | About Us | Member Services | Products | Become An Agent | Get a Quote




## Find An Agent

**To begin, enter your zip code and search radius.**

Zip Code 33601 100 miles Submit >

There are 25 Agents within 100 miles of Zip Code 33601.

**JASON GREIF**
TAMPA, FL 33624 (813) 835-0701
Send Email Get a Quote Go to Website

**GARRETT LAUGHLIN**
TAMPA, FL 33624 (954) 655-9198
Send Email Get a Quote Go to Website

**GEORGE PRIOVOLOS**
TAMPA, FL 33626 (941) 779-3085
Send Email Get a Quote Go to Website

**ANDREW MONTAGUE**
TAMPA, FL 33611 (901) 412-5318
Send Email Get a Quote Go to Website

**FLOYD HERNDON**
TAMPA, FL 33612 (407) 880-3843
Send Email Get a Quote Go to Website

**TODD MEYERS**
TAMPA, FL 33619 (727) 409-7526
Send Email Get a Quote Go to Website

**RICHARD FOX**
TAMPA, FL 33617 (386) 299-4123
Send Email Get a Quote Go to Website

**DARRELL GIANNOTTI**
VALRICO, FL 33596 (770) 886-3824
Send Email Get a Quote Go to Website

**JAMES SACKOS**
ST PETERSBURG, FL 33713 (239) 878-2270
Send Email Get a Quote Go to Website

**MARA BROCKMAN**
PALM HARBOR, FL 34683 (407) 733-0432
Send Email Get a Quote

**TIMOTHY MORALES**
TARPON SPRINGS, FL 34689 (720) 298-4342
Send Email Get a Quote Go to Website

**JAMES BLUMBERG**
BRADENTON, FL 34212 (703) 430-1918
Send Email Get a Quote Go to Website

**KENNETH THOMAS**
LAKELAND, FL 33803 (321) 303-3229
Send Email Get a Quote

**MICHAEL LAUGHLIN**
SARASOTA, FL 34242 (954) 304-2551
Send Email Get a Quote Go to Website

**SANDRA SANDERS**
VENICE, FL 34292 (480) 299-9883
Send Email Get a Quote Go to Website

**THOMAS CONNER**



Exhibit 8

ARCADIA, FL 34266 (847) 687-7765
Send Email Get a Quote Go to Website

**ELIZABETH BYRNE**
WINTER GARDEN, FL 34787 (321) 298-5788
Send Email Get a Quote Go to Website

**JAMES HMIELEWSKI**
LEESBURG, FL 34788 (407) 203-6731
Send Email Get a Quote Go to Website

**GARY MILLER**
ENGLEWOOD, FL 34224 (561) 743-0144
Send Email Get a Quote Go to Website

**ROBERT THOMAS**
ORLANDO, FL 32827 (407) 251-8623
Send Email Get a Quote Go to Website

**NATHAN WILLIAMS**
LONGWOOD, FL 32779 (352) 359-0461
Send Email Get a Quote Go to Website

**JOLANDA DENTE**
WINTER SPRINGS, FL 32708 (321) 210-2140
Send Email Get a Quote Go to Website

**PATRICK QUINN**
CAPE CORAL, FL 33914 (561) 600-3777
Send Email Get a Quote Go to Website

**MYRON HAUBEN**
FORT MYERS, FL 33908 (770) 213-7068
Send Email Get a Quote Go to Website

**KELLY MORGAN**
FORT MYERS, FL 33919 (210) 355-8787
Send Email Get a Quote Go to Website

### Find an Agent

Need sales assistance?

Want to talk with a health insurance expert?

To contact an Agent for more information on our products, submit your residence zip code below.

Zip Code Find >

### I'm A Member

USHEALTH Group Members can log into myUSHG.com, to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account
> Login to myUSHG, click here

### View Our Products

> Premier Choice
> Secure Advantage
> Critical Illness
> Term Life
> Accident
> Dental
> PPO Networks

Get Started >

### News

USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards

USHEALTH Advisors Wins Bronze IBA Award for Company of the Year - Insurance

USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards

Read More >

Our Partners: CVS CAREMARK Cigna WebMD Better information. Better health. ACCREDITED BUSINESS BBB Click for Review

Legal Notice | Copyright © USHEALTH GROUP All rights reserved. USHEALTH Group is the brand name for products underwritten and issued by Freedom Life Insurance Company of America and National Foundation Life Insurance Company.

USHEALTH GROUP America's Choice for Healthcare!

Customers | Agents | Providers

Search >

Home | About Us | Member Services | Products | Become An Agent | Get a Quote

We believe in unparalleled value and care.

What do you believe in?

## Become an Agent

USHEALTH Advisors is the marketing arm of USHEALTH Group, and specializes in marketing a portfolio of uncompromising healthcare plans underwritten and insured by USHEALTH Group's family of insurance companies.

Our target market is the individual American, the self-employed entrepreneur, the small business owner and his or her employees and their dependents.

USHEALTH Advisors and USHEALTH Group have specialized in serving the diverse needs of the individual healthcare market for over 35 years. Our product mix provides opportunities to support the growing needs of the individual insurance buyer in the face of rising health costs.

Contact us for more information on how you can begin your career with USHEALTH Advisors.

**Innovative Compensation**
We advance on a percentage of issued policies' first year commissions on a weekly basis. Monthly earned commissions together, with vested renewals, creates the opportunity for our agents to earn a six-figure income.

**Corporate Support**
Agents can be assured of quality support to their policy holders as USHEALTH Group's customer service provides quick and accurate responses to questions regarding policies and claims. As MyUSHG rolls out more functionality in their customer portal the customer's self service opportunities grow and enable them to receive quicker and real time responses through our web site.

**Incentives**
We have an exciting bonus structure for all agents. Qualifying levels for bonuses are attainable and can be maintained by regular submission of business.

**Communications**
Through various avenues of communication, our sales force is kept abreast of new developments and encourage the free flow of ideas.

**Management Dedication**
USHEALTH Advisors management recognizes and appreciates the vital role its sales representatives play in the success of the company. Every manager is a seasoned health care product professional and has spent years in the field as a top producing agent. They know how to succeed in the health product market and will provide you with the training and materials that will enable you to succeed as well.

Read More >

### Find an Agent

Need sales assistance?

Want to talk with a health insurance expert?

### I'm A Member

USHEALTH Group Members can log into myUSHG.com, to view personalized information about:

### View Our Products

> Premier Choice
> Secure Advantage
> Critical Illness

### News

USHEALTH Advisors Wins Silver Stevie® Award in 2015 International Business Awards



Exhibit 9

To contact an Agent for more information on our products, submit your residence zip code below.

Zip Code Find >

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account
> Login to myUSHG, click here

> Term Life
> Accident
> Dental
> PPO Networks

Get Started >

USHEALTH Advisors Wins Bronze IBA Award for Company of the Year - Insurance

USHEALTH Advisors Wins Bronze Stevie Award in 2015 International Business Awards

Read More >

Our Partners: CVS CAREMARK Cigna WebMD Better information. Better health. ACCREDITED BUSINESS BBB Click for Review

Legal Notice | Copyright © USHEALTH GROUP All rights reserved. USHEALTH Group is the brand name for products underwritten and issued by Freedom Life Insurance Company of America and National Foundation Life Insurance Company. G+1 +1 Recommend this on Google

DOCUMENT# M09000002270

**Entity Name:** USHEALTH ADVISORS, LLC

**Current Principal Place of Business:**

300 BURNETT STREET
SUITE 200
FORT WORTH, TX 76102

**FILED**
**Apr 09, 2015**
**Secretary of State**
**CC7194108626**

**Current Mailing Address:**

300 BURNETT STREET
SUITE 200
FORT WORTH, TX 76102 US

**FEI Number: 26-3887598**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | CLARK, MICHAEL BRIAN | Name | MCQUAGGE, TROY |
| Address | 300 BURNETT STREET SUITE 200 | Address | 300 BURNETT STREET SUITE 200 |
| City-State-Zip: | FORT WORTH TX 76102 | City-State-Zip: | FORT WORTH TX 76102 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TROY MCQUAGGE CEO 04/09/2015

Electronic Signature of Signing Authorized Person(s) Detail Date

# Press Release

Back to News

**Troy McQuagge is Promoted to President of USHEALTH Group**

*Ben Cutler stays on as CEO and Chairman*

Fort Worth, Texas, January 22, 2014

USHEALTH Group CEO and Chairman, Ben Cutler has announced the promotion of Troy McQuagge to serve as the insurance holding company's President, effective February 1, 2014. The announcement comes on the heels of back to back years of record growth and highly successful fiscal results for USHEALTH Group, Inc.

Mr. McQuagge joined the company in late 2010, as President and CEO of its insurance sales subsidiary, USHEALTH Advisors, LLC. Since then, USHEALTH Advisors has experienced record annual sales results each year, utilizing Mr. McQuagge's proprietary agency platform to achieve its growth objectives while managing capital efficiently.

"Troy brings a vast amount of Insurance industry experience on both the sales and administrative side," said Mr. Cutler. "His agency experience coupled with his years of successful insurance company management know-how has helped us bring the company to this point and certainly make him the ideal choice to guide USHEALTH Group to our shared goal of significant long-term share price appreciation."

Mr. McQuagge is a 30-year veteran of the insurance industry, starting his career with the Allstate Insurance Company in 1983. He joined UICI (now HealthMarkets) in 1995, where he built the two largest captive career insurance sales organizations in America. As President and CEO of USHEALTH Advisors, he has led the company to multiple annual sales records and growth of 500% since 2010. He holds a B.A. in Legal Studies from the University of Central Florida.

When asked about his new role with the company, Mr. McQuagge remarked, "I am honored by the confidence Ben and the Board have placed in me and I am humbled to be following in his footsteps as President of USHEALTH Group. Ben's work over the last decade has brought USHEALTH Group to its breakthrough moment, in the insurance marketplace. My job now, is to continue working with Ben, the Board of Directors and with our respective leadership teams to guide USHEALTH Group to continued profitable growth."

Mr. Cutler retains his position as Chairman of the Board and CEO of USHEALTH Group, a position he has held since September, 2004. He was previously Chairman of Assurant Health and Executive Vice President of Assurant Inc. He also served as President and Chief Executive of Assurant's predecessor business units, Fortis Life (1991-1994), Fortis Sales (1995-1996) and Fortis Health (1997-2002). He holds a B.S. from Kansas University and an MBA from the Wharton School of Business at the University of Pennsylvania.

About USHEALTH Group, Inc.
USHEALTH Group, Inc. is an insurance holding company based in Ft. Worth, Texas focused on providing innovative health coverage for self-employed individuals and small business owners. The goal of USHEALTH is to combine the talents of its employees and agents to market competitive and profitable insurance products, while providing superior customer service in every aspect of the company's operations.

**Corporate Contact:**
Bill Shelton
817.878.3823



Exhibit 11