UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WALTER STRATTON BAGG, ESQ. and
and COOPER LAW P.A., individually
and on behalf of all others similarly situated

Plaintiffs,

vs. Case No.: 6:15-cv-1666 ORL-37-GJK

USHEALTH GROUP, INC.,
a Delaware corporation,
USHEALTH ADVISORS, LLC.,
a Texas limited liability company,

Defendants.

_______________________________________/

**PLAINTIFF'S RE-NOTICE OF DEPOSITION OF TROY MCQUAGGE**

PLEASE TAKE NOTICE Plaintiffs WALTER STRATTON BAGG, ESQ. and COOPER LAW P.A., will take the deposition of Troy McQuagge, Manager, President, and CEO of USHealth Advisors LLC and President and CEO of USHealth Group, Inc. This deposition will take place at 300 Burnett Street, Suite 200, Fort Worth TX, commencing at 2:00 p.m., on Friday, April 8, 2016, unless the parties mutually agree to hold the deposition on a different date or time and/or at a different location. This deposition will be taken before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com
Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com

EXHIBIT
tabbies
A

Social Justice Law Collective, PL
P.O. Box 70327
Washington, DC 20024
Tel: (202) 709-5744

Peter Bennett
Florida Bar No. 68219
peterbennettlaw@gmail.com
Richard Bennett
Florida Bar No.150627
richardbennett27@gmail.com

Bennett & Bennett
1200 Anastasia Avenue
Office Suite #360
Coral Gables, Florida 33134
Tel: (305) 444-5925

By: _*s/ Richard Bennett*_
Richard Bennett

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically served on Defendants counsel Peter S. Baumberger and Michael F. Suarez on this 7th day of March, 2016

By: _*s/ Richard Bennett*_
Richard Bennett, Esq.