IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WALTER STRATTON BAGG, ESQ and COOPER LAW P.A., individually and on behalf of all others similarly situated,

Case No.: 6:15-cv-1666 ORL-37-GJK

vs.

Plaintiffs,

USHEALTH GROUP, INC.,
A Delaware corporation, and
US HEALTH ADVISORS, LLC,
a Texas limited liability company,

Defendants.

_______________________________________/

**DECLARATION OF TROY MCQUAGGE**

PERSONALLY APPEARED BEFORE ME, the undersigned, Troy McQuagge, who first being duly sworn, deposes and states

1. My name is Troy McQuagge, I am over the age of 18, competent to testify, and I have personal knowledge of the matters stated herein.

2. I am the President and Chief Executive Officer of USHEALTH Advisors, LLC and USHEALTH Group, Inc.

3. I have reviewed the Complaint (D.E. 1). in this matter and have no personal knowledge of the allegations purportedly giving rise to same.

4. I am not directly involved in the daily business practices of USHEALTH Advisors, LLC as they relate to marketing and advertising compliance, nor as they relate to the training or supervision of USHEALTH Advisors, LLC's independent sales agents. There are other employees of USHEALTH Advisors, LLC with superior knowledge of these matters. Namely, Brian Clark, who serves as our Chief Marketing Officer.



EXHIBIT
tabbies
B

5. To the extent I have any knowledge material to this matter, such knowledge is not unique and may be obtained through other individuals with superior knowledge.

**FURTHER AFFIANT SAYETH NAUGHT.**

**TROY MCQUAGGE**

SWORN TO AND SUBSCRIBED before me, the undersigned authority, personally appeared **TROY MCQUAGGE**, who is personally known to me, and after being duly sworn stated that he has executed the foregoing Affidavit, and that it true and correct.

**WITNESS** my hand and official seal on this, the 6th day of April 2016.

Notary Public

KARLA KAY MCCOMBS
MY COMMISSION EXPIRES
April 22, 2018