IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:15-cv-1666 ORL-37-GJK

WALTER STRATTON BAGG, ESQ and
COOPER LAW P.A., individually
and on behalf of all others similarly situated,

Plaintiffs,

vs.

USHEALTH GROUP, INC.,
A Delaware corporation, and
US HEALTH ADVISORS, LLC,
a Texas limited liability company,

Defendants.
_______________________________________/

**DECLARATION OF BIRSEN GOKSU-SAVLUK**

I, BIRSEN GOKSU-SAVLUK,, pursuant to 28 U.S.C. § 1746, make this Declaration Under Penalty of Perjury, and declare that the statements made below are made on personal knowledge:

1. I was an agent for USHealth Advisors LLC. from approximately November 8, 2013 to November 21, 2015.

2. On or about January, 2015, I met with my supervisor Jim Hmielewski to discuss an idea I had to market USHealth Advisors and myself as its licensed local agent by sending unsolicited fax advertisements to prospective customers.

3. Mr. Hmielewski gave his consent to me to fax the attached flyer I created to prospective customers.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration and the facts stated in it are true and correct to the best of my knowledge and belief.

Dated: 20 March 2016

Birsen Goksu-Savluk



Individuals | Families | Small Business

US HEALTH ADVISORS



Small Business Advisor

**You make important decisions every day, shouldn't choosing the right insurance agent and the right insurance plan be one of them?**

Coverage you can count on...

## No matter what happens

**Your insurance decision is a personal choice.**

Because everyone's needs are different, we believe insurance coverage should be flexible enough to fit individual lifestyles and budgets yet, dependable enough to cover the most serious medical expenses.

That's a high standard to achieve, but it can be done with the right professional guidance and the right products.

To find out how we can design an insurance package that meets your unique needs and budget CALL TODAY!

**SELF EMPLOYED, SMALL BUSINESS OWERNS**
**INDIVUDALS AND FAMILES**

**WOULD YOU LIKE TO HAVE MORE FLEXIBLE AND AFFORDABLE HEALTH COVERAGE.**

- **3 Year Rate Lock**
- **Accepting Pe-existing Conditions**
- **Customized Plans**
- **24 hr On/Off Job Coverage**
- **No Co-pay Plan**
- **Cross State Lines/Portable**
- **Small Group Plans**
- **Tailored options for individuals and families**

3 year RATE GUARANTEE

**PLEASE CALL/TEXT YOUR LICENSED LOCAL AGENT TODAY:**

**BIRSEN GOKSU**
**(407) 450-3499**
**birsengoksu@gmail.com**
**www.ushagent.com/bgoksu**

BBB ACCREDITED BUSINESS

STEVIE WINNER STEVIES