UNTIED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

**Walter Stratton Bagg, et al.**
Plaintiff(s),
VS.
**USHealth Group, Inc., et al.**
Defendant(s),

Case No.:6:15-cv-1666-Orl-37-GJK
AFFIDAVIT OF NON-SERVICE

STATE OF WASHINGTON
COUNTY OF KING ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 4/18/2016, the following documents(s): Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action were received for service on Fax87.com. Service was unable to be completed for the following reason(s):

On 4/18/2016 at 2:05 PM, the undersigned attempted service at the address of 155 108th Avenue NE, 703 Bellevue, WA 98004 and found no #703 or Fax87.com on the directory.

PETER A. VALENTE NOTARY PUBLIC COMMISSION EXPIRES 06-07-16 STATE OF WASHINGTON

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 4/20/2016

C. Rhoades
Registered Process Server
License#: 1317785 - Expiration Date: 9/18/2016
Rock Legal Services & Investigations Inc.
2048 Ponce De Leon Avenue
West Palm Beach, FL 33407
(561) 296-7574

Subscribed and sworn before me, a Notary Public, this 20th day of April, 2016

Peter A. Valente, Notary Public
My Commission expires on: 6/7/2016



Exhibit 6

From: WSP Server [DBSServer@dbsinfo.net] on behalf of Rock Legal Services & Investigations [office@rocklegal.com]
Sent: Wednesday, April 20, 2016 12:01 PM
To: Josh Glickman
Subject: ROC Status on Stratton Bagg v. USHealth Group, Inc. (Fax87.com)

To: Social Justice Law Collective, PL

This is an automated message relating to:
Our Job Number: 2016008175
Your Reference Number: Stratton Bagg v. USHealth Group, Inc.
Party to be Served: Fax87.com
Case Info: Florida Middle 6:15-CV-1666-ORL-37-GJK
WALTER STRATTON BAGG, ESQ. and COOPER LAW, P.A., individually and on behalf of all others similarly situated vs.
USHEALTH GROUP, INC., a Delaware corporation, and USHEALTH ADVISORS, LLC, a Texas limited liability company

Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises In a Civil Action and Exhibit A

Original Service Address: Fax87.com, 155 108th Avenue NE, Suite 703, Bellevue, WA 98004

Latest Status: 4/20/2016 12:40 pm Service was attempted at 155 108th Avenue NE, Suite 703, Bellevue, WA 98004, but was unable to locate suite 703 and the witness company was not listed on the building directory. A quick internet search revealed a phone number of (866)698-4068. We called the number and was advised by Shawn, customer service representative, that they are prohibited from providing the company's physical address, but our request for documents may be emailed to support@fax87.net and it will be forwarded to management. In light of this information, please let us know if you have an alternate address you would like us to attempt. We will now prepare a return of non-service for this address. Please note: Several Judges across the state have suggested that the best practice in preparing a return of service or non-service is to provide one return for each server and address. We will NOT be filing a return of service with the court so that you can still have the option to proceed to an alternate address without the necessity of having to prepare a new Summons, Subpoena or service document.

Thank you,
Rock Legal Services & Investigations
office@rocklegal.com
Phone: (561) 296-7574