UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 6:15-cv-01666-RBD-GJK

WALTER STRATTON BAGG, ESQ.,
and COOPER LAW P.A., individually
and on behalf of all others similarly situated,

Plaintiffs,

vs.

USHEALTH GROUP, INC.,
a Delaware corporation, and
USHEALTH ADVISORS, LLC,
a Texas limited liability company,

Defendants.

______________________________________/

**FAX BROADCASTER DOMAIN NAMES**

Domain names associated with notable fax broadcasters:

1. aaxnet.com
2. admaxmarketing.com
3. amfax.com
4. b2bfax.net
5. bestfreefax.com
6. blackice.com
7. blastfax.com
8. blastingfax.com
9. blimessaging.com
10. broadcast-fax.com
11. broadcast-fax-service.angelfire.com
12. bullseye-marketing.com
13. claritytel.com
14. comunicamarketing.net
15. copia.com
16. corpcom.com
17. efax.com
18. emailsondemand.com
19. fax.com
20. fax.nextiva.com
21. fax.to
22. fax1.com
23. fax87.com

24. faxback.com
25. faxbb.com
26. faxbetter.com
27. faxbroadcasters.com
28. fax-broadcasting.net
29. faxbroadcastingservice.com
30. faxbroadcastingservice.com
31. faxem.com.au
32. faxtarget.net
33. faxvantage.com
34. faxx.us
35. faxzero.com
36. foiply.com
37. godaddy.com
38. godaddy.com/email/internet-fax.aspx
39. gotfreefax.com
40. greenfax.com
41. hellofax.com
42. ictbroadcast.com
43. ifax.com
44. imecominc.com
45. innoport.com
46. interfax.com
47. interfax.net
48. interpage.net
49. iscinternational.com
50. j2.com
51. j2global.com
52. jam.co.uk
53. jblast.com
54. mainstrike.com
55. manta.com
56. maxemail.com
57. metrofax.com
58. myfax.com
59. no-reply.fax87.com
60. odyssey-services.net
61. onesuite.com
62. onlinefaxes.com
63. openfax.com
64. ozfax.com
65. pangea-comm.com
66. PhoneFax87.com
67. pipelinecom.net
68. pipelinecom.net
69. popfax.com

70. protus.com
71. rapidfax.com
72. ringcentral.com
73. scrypt.com
74. scrypt.com/sfax
75. sfax.com
76. simplycast.com
77. slingshot-tech.com
78. srfax.com
79. trustfax.com
80. tsgcom.net
81. unixusa.net
82. utbox.net
83. voicelogic.com
84. voxox.com
85. wallstreetlist.com
86. westfax.com
87. worldfax.com
88. worldfax.com
89. wspromotion.com