# CERTIFICATE OF INSURANCE

**ISSUE DATE: 12-31-2014**

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY BELOW.

**NAMED INSURED**
*USHEALTH Advisors, L.L.C.*
*2563 SW Grapevine Parkway*
*Grapevine, Texas 76051*

**PRODUCER/MANAGER**
*Aon Insurance Managers*
*201 Merchant Street*
*Suite 2400*
*Honolulu, HI 96813*

**COMPANY UNDERWRITING COVERAGE**

*Pacific Casualty Company, Inc.*

**CLAIMS MADE AND REPORTED DURING THE POLICY PERIOD COVERAGE**

THIS IS TO CERTIFY THAT THE POLICY OF INSURANCE LISTED BELOW HAS BEEN ISSUED TO THE NAMED INSURED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICY DESCRIBED HEREIN IS SUBJECT TO ALL THE DEFINITIONS, CONDITIONS, TERMS, LIMITATIONS AND EXCLUSIONSCONTAINED IN SUCH POLICY. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| TYPE OF COVERAGE | POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE | LIMITS |
|---|---|---|---|---|
| *Errors & Omissions* | *USHA-CAR-107-15* | *12/31/2014* | *12/31/2015* | *$ 1,000,000 per Claim, including Defense Costs*<br>*$5,000,000 Aggregate* |

*Coverage is subject to all definitions, conditions, terms, limitations and exclusions contained in the Policy.*

*$1,500 deductible per claim (applies toward both Damages and Defense Costs). Amount of Deductible doubles for allegations of entitlement to punitive, exemplary or statutorily enhanced compensatory damages*

*Coverage for an Insured Agent terminates before the Policy Expiration Date if (i) the premium is not timely paid, or (ii) the Insured Agent's sub-agent marketing contract with the Named Insured is terminated.*
*Insured Agent (defined term) covered only for Wrongful Acts (defined term) committed while the Insured Agent was engaged in Professional Services (defined term) during the Policy Period (defined term) and timely reported to the insurer in accordance with the provisions of the Policy.*

*All disputes regarding coverage under the Policy or other matters involving benefits under this policy are required to be resolved by the alternative dispute resolution procedures contained in the Policy which includes mandatory arbitration if not resolved in advance by negotiation or mediation.*

**CERTIFICATE HOLDER**

*Y9Y15272*

***BIRSEN GOKSUSAVLUK***
***12507 OVERSTREET ROAD***
***WINDERMERE, FL 34786***

**CANCELLATION**

SHOULD THE ABOVE DESCRIBED POLICY BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE**

Exhibit 8