IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WALTER STRATTON BAGG, ESQ and COOPER LAW P.A., individually and on behalf of all others similarly situated,

Case No.: 6:15-cv-1666 ORL-37-GJK

vs.

Plaintiffs,

USHEALTH GROUP, INC.,
A Delaware corporation, and
US HEALTH ADVISORS, LLC,
a Texas limited liability company,

Defendants.
_______________________________________/

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants, USHEALTH GROUP, INC.[1] and USHEALTH ADVISORS, LLC, hereby serve their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's Case Management and Scheduling Order (D.E. 26) as follows:

These initial disclosures are based on information reasonably available to Defendants as of the date hereof. Defendants reserve the right to supplement these Initial Disclosures if additional information becomes available. These disclosures are made without in any way waiving (1) the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or any other proper ground to the use of any such information or any documents, for any purpose, in whole or in part, in any subsequent proceeding in this action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involved or relating to the subject matter of these disclosures.

[1] USHealth Group, Inc. has a pending Motion to Dismiss for Lack of Personal Jurisdiction (D.E. 20). USHealth Group, Inc. is providing these initial disclosures for the limited purpose of compliance with the Court's Case Management and Scheduling Order (D.E. 26), but is in no way waiving (and specifically reasserts) its continuing objection to personal jurisdiction in this matter.



Exhibit 9

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information.

   Walter Stratton Bagg, Esq.
   c/o Bennett & Bennett
   1200 Anastasia Avenue
   Office 360
   Coral Gables FL 33134
   Knowledge regarding the allegations in the Complaint.

   Cooper Law P.A.
   c/o Bennett & Bennett
   1200 Anastasia Avenue
   Office 360
   Coral Gables FL 33134
   Knowledge regarding the allegations in the Complaint.

   David Cooper
   c/o Bennett & Bennett
   1200 Anastasia Avenue
   Office 360
   Coral Gables FL 33134
   Knowledge regarding the allegations in the Complaint.

   Birsen Goksu-Savluk
   12507 Overstreet Road
   Windermere, FL 34786
   Knowledge regarding the purportedly faxed document attached to the Complaint.

   Michael Brian Clark
   Chief Marketing Officer
   USHealth Advisors, LLC
   c/o Kubicki Draper, P.A.
   25 West Flagler Street
   Penthouse
   Miami, Florida 33130
   Knowledge regarding policies and procedures of USHealth Advisors, LLC and its contractor agents; the nature of Birsen Goksu-Savluk's relationship with USHealth Advisors LLC and USHealth Group, Inc.

   Corporate Representative
   Fax87.com
   www.fax87.com
   (866) 698-4068
   Knowledge regarding Birsen Goksu-Savluk's use of their services.

Defendants further identify all individuals identified by Plaintiffs in discovery, disclosures, pleadings or otherwise either specifically by name or by reference to position, who are reasonably likely to have information that is relevant to defenses against Plaintiffs' claims.

Defendants reserve the right to call any and all additional fact witnesses revealed during investigation or discovery that have relevant information regarding this lawsuit.

2. A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless used solely for impeachment.

All exhibits attached to the Complaint;

Documents relating to Birsen Goksu-Savluk's status as independent contractor of USHealth Advisors, LLC;

All documents evidencing sending and receipt of facsimile advertisements as alleged in the Complaint;

Correspondence between Plaintiffs' counsel and putative class members;

Correspondence between Plaintiffs and putative class members;

Correspondence between Plaintiffs and Defendants, to the extent it exists;

All documents filed by any party in this action;

All documents produced by any non-party in this action;

Any and all documents obtained by any party through discovery.

Defendants reserve the right to supplement these disclosures if and when additional documents are identified.

3. A computation or any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary

material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Defendants are not yet claiming any damages.

Defendants reserve the right to amend or supplement the foregoing disclosures.

4. For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

None.

**CERTIFICATE OF SERVICE**

I hereby certify on January 22nd, 2016, I electronically served the forgoing document to Plaintiffs.

Respectfully submitted,

/s/ Peter Baumberger___________

PETER S. BAUMBERGER, ESQ.
Florida Bar No.: 117803
KUBICKI DRAPER, PA
25 West Flagler Street, Penthouse
Miami, Florida 33130
Main Line: (305) 374-1212
Direct Line: (305) 982-6774
Facsimile No.: (305) 374-7846
PSB@kubickidraper.com
PSB-KD@kubickidraper.com
mfs@kubickidraper.com
Attorneys for Defendants