IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WALTER STRATTON BAGG, ESQ and
COOPER LAW P.A., individually and on
behalf of all others similarly situated,

     Plaintiffs,

vs.                                   Case No.: 6:15-cv-1666 ORL-37-GJK

USHEALTH GROUP, INC.,
a Delaware corporation, and
US HEALTH ADVISORS, LLC,
a Texas limited liability company,

     Defendants.
_____/

## SUPERSEDING ORDER REGARDING PRODUCTION OF DOCUMENTS

This matter coming before the Court on Plaintiffs' Unopposed Motion for Entry of a Superseding Order Regarding Google Inc.'s ("Google") Production of Certain Communications, the Court FINDS and ORDERS as follows:

1.  Birsen Goksu-Savluk is the registered account holder and sole authorized user of a Gmail account with the address birsengoksu@gmail.com ("Google Account").

2.  Birsen Goksu-Savluk consents to Google delivering and divulging the contents of her respective Gmail accounts as described further below.  The Court finds that this consent is sufficient pursuant to the Stored Communications Act 18 U.S.C. § 2701, *et seq*.

3.  Within three (3) days of the entry of this Order, counsel for Plaintiffs will email to the user birsengoksu@gmail.com a copy of this Order.

4.  Within ten (10) days of the entry of this Order, Birsen Goksu-Savluk shall send an email message from her Gmail account listed above to google-legal-support@google.com with this Order attached ("Consent Email").  The Consent Email shall state that the user consents to Google's disclosure of the communications dated

between November 1, 2013, and February 23, 2016, GMT/UTC associated with the Google Account which are in the Google Account, were recently deleted from the Google Account, or were preserved pursuant to the request(s) in this matter (the "Documents"), and that were sent from the Google Account to the following email addresses or were received by the Google Account from the following email addresses: notifier@no-reply.fax87.com, sales@PhoneFax87.com, or any email address with the domain fax87.com.

5.  The Consent Email shall further state that the user consents to Google delivering the Documents to counsel for Plaintiffs, Richard Bennett, Esq., 1200 Anastasia Ave. Office Suite 360, Coral Gables, FL 33134; and to counsel for Defendants, Peter S. Baumberger, Esq., 25 West Flagler Street, Penthouse, Miami, Florida 33130.

6.  Within ten (10) days of the receipt of the Consent Email, Google shall write or otherwise record the Documents on a separate compact disc (CD) or other fixed medium and mail via overnight courier to: Richard Bennett, Esq., 1200 Anastasia Ave. Office Suite 360, Coral Gables, FL, 33134, and to Peter S. Baumberger, Esq., 25 West Flagler Street, Penthouse, Miami, Florida 33130.

7.  This Order supersedes the Order of May 24, 2016 (Doc. 60), and Google's production, as outlined in paragraph 6, will complete Google's discovery obligation in this matter.

**DONE AND ORDERED** at Orlando, Florida, on June 28, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
Counsel of Record
Unrepresented Parties