**From:** Jackson, Jim
**To:** Peter S. Baumberger; Michael F. Suarez
**Subject:** Bagg v. USHG, et al.
**Date:** Wednesday, November 25, 2015 3:22:42 PM

---

**From:** birsen goksu [mailto:birsengoksu@gmail.com]
**Sent:** Wednesday, November 25, 2015 2:14 PM
**To:** Jackson, Jim
**Subject:** Re: Hi

I just chatted with them and found that I used my fax number as 407 930-9234, Since the account has been canceled back in Feb. I no longer can log back in or that account no longer exist..... So I have no record of who I sent a fax to..... I had signed up back in January28 and it was canceled in Feb28... I checked my bank account and they charged 9.99 and there is no additional charge. That tells me that I did not go over 30 since it was 30 for 9.99 and plus additional fee for more

On Wed, Nov 25, 2015 at 2:52 PM, Jackson, Jim <JacksonJ@ushealthgroup.com> wrote:
Thanks for your assistance. Let me know if you happen to run across anything.

Jim

James L. Jackson, Jr.
Associate General Counsel
300 Burnett Street, Suite 200
Fort Worth, Texas 76102
817-878-3861 (direct)
817-878-3672 (facsimile)
jacksonj@ushealthgroup.com

**From:** birsen goksu [mailto:birsengoksu@gmail.com]
**Sent:** Wednesday, November 25, 2015 1:51 PM
**To:** Jackson, Jim

EXHIBIT
tabbies
E

**Subject:** Hi

Hi Jim,

I checked all my emails but I have no records for the faxes I sent out. I would get notification when they were sent but I must of deleted them.

When I was checking to find the company I signed up with I found the name, its Fax87 that I signed up with. You had to pick a fax number to fax out. I don't remember what the number is so I can't log in to their website..... So I have no record of who I faxed to or how many.

I have no email records or the account I used with Fax87.

Birsen

--
Birsen Goksu-Savluk
Health Insurance Broker
(Office) 407-450-3499
(Cell) 407-450-3499
bgoksu.acaexpress.com

https://www.healthsherpa.com/?_agent_id=birsen-goksu-savluk

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---------------------------------------------------------------------------------- This transmission is intended only for the person(s) named above. The information contained in this transmission may contain privileged and confidential information. It is intended only for review and/or use by the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@ushealthgroup.com. USHEALTHGROUP.COM DISCLAIMER, 2014 ----------------------------------------------------------------------------

--
Birsen Goksu-Savluk
Health Insurance Broker
(Office) 407-450-3499

(Cell) 407-450-3499
bgoksu.acaexpress.com

https://www.healthsherpa.com/?_agent_id=birsen-goksu-savluk

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

-------------------------------------------------------------------------------- This transmission is intended only for the person(s) named above. The information contained in this transmission may contain privileged and confidential information. It is intended only for review and/or use by the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@ushealthgroup.com. USHEALTHGROUP.COM DISCLAIMER, 2014 ------------------------------------------------------------------------------