IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WALTER STRATTON BAGG, ESQ and
COOPER LAW P.A., individually
and on behalf of all others similarly situated,

vs. Case No.: 6:15-cv-1666 ORL-37-GJK

Plaintiffs,

USHEALTH GROUP, INC.,
A Delaware corporation, and
US HEALTH ADVISORS, LLC,
a Texas limited liability company,

Defendants.
_______________________________________/

**AFFIDAVIT OF TERRY SHOTTENKIRK**

PERSONALLY APPEARED BEFORE ME, the undersigned, Terry Shottenkirk, who first being duly sworn, deposes and states

1. My name is Terry Shottenkirk, and I am over the age of 18, competent to testify, and I have personal knowledge of the matters stated herein.

2. I serve as a Computer Network Engineer for USHEALTH Advisors, LLC ("UHA"). In such capacity, I am responsible for system administration, networking (which includes administration of email accounts for UHA's independently contracted agents), anti-virus, security, software and server updates. I have one colleague who is also responsible for these functions, and together we are the only two staff who perform these functions on behalf of UHA.

3. In my capacity as a Computer Network Engineer for UHA, I am familiar with the email system maintained by UHA for the benefit of its independently contracted agents, including the creation, maintenance, storage and archiving of all such email accounts. In this regard, at the time an agent is newly contracted with UHA, an email account is established for



EXHIBIT
tabbies
6

them under the domain www.USHAdvisors.com to assist the agents in the conduct of their business. While agents are encouraged to use this account, its use is not mandatory, and many agents conduct their business from personal email accounts over which UHA has no authority or right to access.

4. Email accounts established under the www.USHAdvisors.com domain are periodically backed up by UHA on a tape-storage system. Additionally, current email accounts are only maintained for currently contracted agents. We do not maintain current email accounts for any agent whose contract terminated in the past. Instead, accounts of former agents are only retained on backup tape records based on sequential backup tapes created for the entire system. In order to search emails for key words in any account by any former agent, we would first be required to recreate the account.

5. UHA utilizes an LT02 tape library for backups and archiving purposes, which backups are performed on an incremental, daily basis, and a full backup is prepared approximately every three (3) months. The LT02 technology is approximately twelve (12) years old, and is not the most efficient. However, it is from this tape backup system that I would be required to recreate email of any former agent.

6. By way of illustration, in connection with this litigation, I was asked to search the email account maintained by Birsen Goksu for certain key terms related to faxes. At the time the request was made, Ms. Goksu was not a currently contracted agent, and UHA therefore did not maintain a current email account for her on the www.USHAdvisors.com domain. As a result, before performing the keyword search, I was first required to recreate Ms. Goksu's email account from the LT02 backup system.

7. In this regard, when recreating an email account such as Ms. Goksu's, the first required step is to determine time period in question, which involved checking with the Agency Department to ascertain when the agent in question was contracted and terminated so that I can

obtain an accurate assessment of when the mailbox was last on our system. This process took approximately ten (10) minutes in connection with Ms. Goksu's account, and based on my knowledge and experience, it is my estimation it would take approximately the same ten (10) minute process for any other agent email account I might be asked to recreate.

8. The next step in the process is to browse our record of tapes sent to the offsite archive to determine how many and which tapes I would need to order from archives in order to recreate the email account. In the case of Ms. Goksu, I identified two (2) tapes by month that were required to recreate an index of her account. Thereafter, I had to order these tapes from our offsite warehouse so that I could load them onto our system to recreate the mailbox index. This process took me ten (10) minutes in connection with Ms. Goksu's account, and based on my knowledge and experience, it is my estimation it would take approximately the same ten (10) minute process for any other agent email account I might be asked to recreate.

9. After I received the two tapes from our offsite storage location, the next step was to browse the data to commence the account restoration process, and restoration of the index for the email account from the two (2) storage tapes was the first step in the process. This process took approximately thirty (30) minutes, and based on my knowledge and experience, it is my estimation it would take approximately the same thirty (30) minute process for any other agent email account I might be asked to recreate.

10. After the email account index was recreated from these two tapes, I had to identify and obtain additional backup tapes that contained the underlying data for the email account. In the case of Ms. Goksu's account, I was required to order and load fifteen (15) different backup tapes in order to recreate the email account. After the tapes were received, they were loaded into the system library to restore. This process took twenty-five (25) minutes, and based on my knowledge and experience, it is my estimation it would take approximately the

same twenty-five (25) minute process for any other agent email account I might be asked to recreate.

11. Thereafter, I started the restoration process on our email system. This process involves not only my personal attention, but also system resources (which are limited in our case, and we are required to allocate system resources between competing business requirements; we do not have a system that is exclusively dedicated to email restoration). This process took approximately one (1) hour and twenty (20) minutes, and based on my knowledge and experience, it is my estimation it would take approximately the same one (1) hour and (20) minute process for any other agent email account I might be asked to recreate.

12. After the email box was fully recreated and restored, I was able to perform a keyword search. Searching for key words on a fully restored system only requires a few minutes.

13. In sum, I expended two (2) hours and thirty-five (35) minutes restoring and recreating Ms. Goksu's email account from archived backup tape records. Based on my knowledge and experience, it is my estimation it would take approximately the two (2) hours and thirty-five (35) minutes per account for any other agent email account I might be asked to recreate, which process could be lengthened depending on the length of time the agent was contracted with UHA, and the fact that UHA maintains over 1,500 tapes stored in its offsite archives, most of which would likely be required in order to recreate and restore all email accounts from 2011 to the present.

14. I am advised that there were 9,128 independently contracted agents with UHA for the period of time from September 2011 to the present. Based on my knowledge and experience with our system, the email restoration process, and my experience recreating Ms. Goksu's email account to perform a keyword search, it would take approximately 23,580 hours (9,128 accounts * 2 hours, 35 minutes per account) of personnel and system time to recreate all such email

accounts for the purpose of conducting a keyword search. Stated differently, assuming a standard work year of 2,000 hours, it would take almost twelve (12) full-time, experienced IT professionals a full year to completely restore all of these accounts, with each such professional working exclusively on the project, and with unlimited system resources, for the entire year.

15. As indicated above, UHA is a small company with limited personnel and system resources. UHA does not have twelve (12) full time staff to devote to this project exclusively for an entire year. Rather, we have only two (2) such personnel who are qualified to conduct this work (myself and my colleague referenced above), and we do not have the ability to devote full-time efforts to this due to competing business demands. Moreover, we do not maintain dedicated systems to conduct this restoration process, meaning that all such restorations would have to be scheduled into limited system time.

16. Based on the foregoing, as well as my personal knowledge and familiarity UHA's email system and capacity, it is my informed belief that recreating over 9,000 email accounts for the purposes of conducting a keyword search would place an undue burden, hardship and expense on UHA, as it would require in excess of 23,000 hours to perform.

**FURTHER AFFIANT SAYETH NAUGHT.**

**TERRY SHOTTENKIRK**

SWORN TO AND SUBSCRIBED before me, the undersigned authority, Terry Shottenkirk, who is personally known to me, and after being duly sworn stated that he has executed the foregoing Affidavit, and that it true and correct.

**WITNESS** my hand and official seal on this, the 30th day of June 2016.

LISA B. SILVIA
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
September 30, 2017

Notary Public