UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Cases No. 6:15-cv-01666-RBD-GJK

WALTER STRATTON BAGG, ESQ.,
and COOPER LAW P.A., individually
and on behalf of all others similarly situated,

    Plaintiffs,

vs.

USHEALTH GROUP, INC.,
a Delaware corporation, and
USHEALTH ADVISORS, LLC,
a Texas limited liability company,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties hereby give notice to the Court that they have reached a settlement agreement. The Parties hereby request that all deadlines be stayed. The Parties will file a joint stipulation of dismissal once the settlement has finalized.

    Respectfully submitted,

    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com

    Social Justice Law Collective, PL
    6709 W. 119th Street, #198
    Overland Park, KS 66209
    Tel: (202) 709-5744

    Peter Bennett
    Florida Bar No. 68219
    peterbennettlaw@gmail.com
    Richard Bennett

        Florida Bar No.150627
richardbennett27@gmail.com

Bennett & Bennett
1200 Anastasia Avenue, Suite #360
Coral Gables, Florida 33134
Tel: (305) 444-5925

*Attorneys for Plaintiffs*

By:   *s/ Joshua Glickman*
     Joshua Glickman

    /s/   *Michael F. Suarez*
PETER S. BAUMBERGER, ESQ.
Florida Bar No.: 117803
MICHAEL F. SUAREZ, ESQ.
Florida Bar No.: 88845
KUBICKI DRAPER, P A
25 West Flagler Street, Penthouse
Miami, Florida 33130
Main Line: (305) 374-1212
Direct Line: (305) 982-6774
Facsimile No.: (305) 374-7846
PSB@kubickidraper.com
PSB-KD@kubickidraper.com
mfs@kubickidraper.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 28th day of July, 2016, which will send a notice of electronic filing to all attorneys of record.

By:   *s/ Joshua Glickman*
     Joshua Glickman